UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION



MATTHEW STEPHEN MAZUREK,

Petitioner,

v.   CASE NO. 99-CV-10359-BC
     HONORABLE VICTORIA A. ROBERTS

KURT JONES,

Respondent.
_____/

### JUDGMENT

The above-entitled matter having come before the Court on a Petition for the Writ of Habeas Corpus, Honorable VICTORIA A. ROBERTS, United States District Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on AUG 15 2000,

IT IS ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

Dated at Bay City, Michigan on AUG 15 2000.

DAVID J. WEAVER
CLERK OF THE COURT

BY: _____
DEPUTY CLERK

APPROVED:

/s/ Victoria A. Roberts
VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE